AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 03/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Woodlands HOA Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reseerves Fund | A | Dividend | J | T | | | | | |
| 3. -BlackRock Multi Sector Inc. | A | Dividend | K | T | Buy | 10/25/18 | K | | |
| 4. | | | | T | Buy (add'l) | 12/04/18 | K | | |
| 5. -Doubleline Low Duration | C | Dividend | M | T | | | | | |
| 6. -First Eagle Global Funds | C | Dividend | | | Sold (part) | 07/25/18 | J | A | |
| 7. | | | | | Sold (part) | 10/25/18 | K | | |
| 8. | | | | | Sold | 12/04/18 | K | | |
| 9. -FPA Crescent | C | Dividend | L | T | Sold (part) | 11/19/18 | K | | |
| 10. -JPMorgan Chase Pfd | C | Dividend | K | T | Buy | 12/04/18 | K | | |
| 11. -FPA New Income | B | Dividend | | | Sold | 09/06/18 | L | | |
| 12. -Pimco Mortgage Opps | B | Dividend | | | Sold (part) | 04/26/18 | L | | |
| 13. -Wells Faergo & Co. Pfd | C | Dividend | K | T | Buy | 12/10/18 | K | | |
| 14. -Wells Fargo Strategic Muni Bond | C | Dividend | M | T | Buy | 09/06/18 | L | | |
| 15. IRA#1 | | | | | | | | | |
| 16. -USB Liquid Assets Fd | A | Dividend | J | T | | | | | |
| 17. -Bank of America Corp. Preferred 6.625% | B | Dividend | | | Sold | 11/19/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Bank of America Corp. Prfd 6.00% | B | Dividend | K | T | Buy | 11/19/18 | K | | |
| 19. | | | | | Buy (add'l) | 12/03/18 | K | | |
| 20. -Citigroup Preferred 6.875% | B | Dividend | | | Sold | 11/19/18 | K | | |
| 21. -First Eagle Global Funds | C | Dividend | | | Buy | 11/19/18 | K | | |
| 22. | | | | | Sold (part) | 12/03/18 | K | | |
| 23. | | | | | Sold | 12/10/18 | K | A | |
| 24. -FPA Crescent | C | Dividend | L | T | Sold (part) | 11/19/18 | K | D | |
| 25. -FPA New Income | B | Dividend | L | T | Buy | 12/10/18 | K | | |
| 26. | | | | | Buy (add'l) | 12/04/18 | L | | |
| 27. | | | | | Sold (part) | 11/19/18 | L | | |
| 28. | | | | | Sold (part) | 08/16/18 | K | | |
| 29. -Guggenheim Macro Opp | B | Dividend | L | T | Buy (add'l) | 11/20/18 | J | | |
| 30. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 31. -HSBC Holdings 8.0% | A | Dividend | | | Sold | 05/10/18 | K | | |
| 32. -Ishares Russell Micap ETF | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 33. | | | | | Sold (part) | 12/03/18 | K | | |
| 34. -JPMorgan Chase Pfd 3.875% | A | Dividend | K | T | Buy | 12/03/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JPMorgan Chase Pfd 5.75% | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 36. -JPMorgan Chase Pfd 6.125% | A | Dividend | | | Buy | 08/16/18 | K | | |
| 37. | | | | | Sold | 11/19/18 | K | | |
| 38. -KKR & Co Pfd 6.5% | A | Dividend | K | T | Buy | 12/10/18 | K | | |
| 39. | | | | | Buy (add'l) | 05/10/18 | K | | |
| 40. | | | | | Sold (part) | 11/19/18 | K | | |
| 41. -Matthews Asia | C | Dividend | L | T | Buy (add'l) | 11/19/18 | J | | |
| 42. | | | | | Buy (add'l) | 08/16/18 | J | | |
| 43. | | | | | Sold (part) | 12/04/18 | K | C | |
| 44. -MFS Intl. Value | A | Dividend | J | T | Buy (add'l) | 11/19/18 | J | | |
| 45. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 46. | | | | | Sold (part) | 12/04/18 | K | D | |
| 47. | | | | | Sold (part) | 04/05/18 | K | D | |
| 48. -Morgan Stanley Ser | B | Dividend | K | T | Sold (part) | 11/19/18 | J | A | |
| 49. -PIMCO All Assets | C | Dividend | L | T | Sold (part) | 11/19/18 | J | | |
| 50. -Sp;ider S&P 500 ETF | B | Dividend | L | T | Buy (add'l) | 11/19/18 | K | | |
| 51. | | | | | Sold (part) | 12/03/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Travel Centers of America | A | Dividend | | | Buy | 04/05/18 | K | | |
| 53. | | | | | Sold | 11/19/18 | K | | |
| 54. -U.S. Cellular Cor Pfd 7.25% | A | Dividend | K | T | Buy | 12/03/18 | J | | |
| 55. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 56. -Vanguard Index SM Cap | A | Dividend | K | T | Buy (add'l) | 11/19/18 | K | | |
| 57. | | | | | Sold (part) | 12/03/18 | K | D | |
| 58. -Wisdomtree Tr Midcap | B | Dividend | K | T | Buy (add'l) | 11/19/18 | K | | |
| 59. | | | | | Sold (part) | 12/04/18 | K | D | |
| 60. IRA #2 | | | | | | | | | |
| 61. -UBS Bank USA | A | Dividend | J | T | | | | | |
| 62. -Accenture PLC Ireland CL A | A | Dividend | J | T | | | | | |
| 63. -Adobe Systems Inc. (Delaware) | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 64. | | | | | Sold (part) | 07/26/18 | J | A | |
| 65. | | | | | Sold (part) | 02/12/18 | J | A | |
| 66. -Alphabet Inc CL A | A | Dividend | J | T | | | | | |
| 67. -Ameriprise Financial Inc. | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 68. -Amerisourcebergen corp. | A | Dividend | J | T | Sold | 04/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Tower Credit REIT | A | Dividend | J | T | Buy (add'l) | 07/26/18 | J | | |
| 70. | | | | | Sold (part) | 09/18/18 | J | A | |
| 71. -Blackrock Inc. | A | Dividend | J | T | | | | | |
| 72. -Colgate Palmolive Co. | A | Dividend | J | T | Buy (add'l) | 07/26/18 | J | | |
| 73. | | | | | Sold (part) | 11/12/18 | J | | |
| 74. | | | | | Sold (part) | 09/18/18 | J | A | |
| 75. -Comcast Corp New Clk | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 76. -Danaher Corp. | A | Dividend | J | T | Buy | 07/26/18 | J | | |
| 77. -Ecolab Inc. | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 78. -Facebook Inc. | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 79. -Home Depot Inc. | A | Dividend | J | T | | | | | |
| 80. -Honeywell Intl. | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 81. | | | | | Sold (part) | 10/01/18 | J | A | |
| 82. | | | | | Sold (part) | 10/29/18 | J | A | |
| 83. -Ishares Russell Mid-Cap Growth | A | Dividend | | | Buy | 09/18/18 | J | | |
| 84. -Intercontinental Exchange Grp | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 85. -Invesco Ltd | A | Dividend | J | T | Sold (part) | 06/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Lauder Estee Cos. | A | Dividend | | | Buy | 11/12/18 | J | | |
| 87. -Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 88. -Metronic PLC | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 89. -Microsoft | A | Dividend | J | T | Buy | 09/18/18 | J | | |
| 90. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 91. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 92. -Mondelez Intl | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 93. -OReilly Automotive Inc. | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 94. -Parker Hannifin Corp. | A | Dividend | J | T | | | | | |
| 95. -Red Hat Inc. | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 96. -Rockwell Automation Inc. | A | Dividend | J | T | Sold (part) | 07/26/18 | J | A | |
| 97. -Rockwell Collins | A | Dividend | | T | | | | | |
| 98. -Schlumberger LTD | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 99. -Starbucks Corp. | A | Dividend | J | T | Sold (part) | 07/16/18 | J | | |
| 100. -Thermo Risher Scientific | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 101. -TJX Cos. Inc. | A | Dividend | J | T | Sold (part) | 09/18/18 | J | A | |
| 102. -United Health Group | A | Dividend | J | T | Buy | 04/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 104. -United Technologies Corp. | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 105. | | | | | Sold (part) | 09/18/18 | J | A | |
| 106. -VISA Inc. CL A | A | Dividend | J | T | Sold (part) | 07/26/18 | J | A | |
| 107. | | | | | Sold (part) | 09/18/18 | J | A | |
| 108. -Walt Disney Co | A | Dividend | J | T | Buy (add'l) | 09/18/18 | J | | |
| 109. West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 03/03/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544